1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROBERT EARL SHEPPARD, JR.,        Case No. EDCV 16-1905 PSG (SS)

12                   Petitioner,
                                       **ORDER ACCEPTING FINDINGS,**
13        v.
                                       **CONCLUSIONS AND RECOMMENDATIONS**
14   DEBBIE ASUNCION, Warden,
                                       **OF UNITED STATES MAGISTRATE JUDGE**
15                   Respondent.

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18   Petition, all of the records and files herein, and the Magistrate

19   Judge's Report and Recommendation.   The time for filing

20   Objections to the Report and Recommendation has passed and no

21   Objections have been received.   Accordingly, the Court accepts

22   and adopts the findings, conclusions and recommendations of the

23   Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall

2    be entered dismissing this action without prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

5    Order and the Judgment herein on Petitioner at his address of

6    record.

7

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10   DATED:3/23/17

11

12   _____

13   PHILIP S. GUTIERREZ
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2