1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   ROBERT EARL SHEPPARD, JR.,          Case No. EDCV 16-1905 PSG (SS)
12                    Petitioner,
13        v.                             **JUDGMENT**
14   DEBBIE ASUNCION, Warden,
15                    Respondent.
16
17        Pursuant   to   the   Court's   Order   Accepting   Findings,
18   Conclusions   and   Recommendations   of   United   States   Magistrate
19   Judge,
20
21        IT IS HEREBY ADJUDGED that the above-captioned action is
22   dismissed without prejudice.
23
24   DATED:3/23/17
25
26                                       _____
27                                       PHILIP S. GUTIERREZ
                                         UNITED STATES DISTRICT JUDGE
28